FILED
2017 Nov-22 PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED
OCT 23 2015
U.S. EEOC
Birmingham District Office

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☐ EEOC | 420-2016-00207 |

and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mrs. Brittany Loveday | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Erwin Marine Sales | 15+ | (256) 582-6610 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 28601 U.S. Highway 431, Grant, AL 35747 | | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Erwin Marine Sales, Inc. | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3001 Kings Point Rd., Chattanooga, TN 37416 | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA): 8/12/15    LATEST (ALL): 9/15/15
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Brittany Loveday, and I am a female. I began working for Erwin Marine Sales, Inc., at its location at 28601 U.S. Highway 431, Grant, AL 35747, on or about August 12, 2015 as a receptionist, earning $10.00 per hour, 40 hours per week with opportunity to work overtime, and 90% of my health and dental insurance paid. I was hired by and reported to the General Manager, Bobby Luhm.

From the first day of my employment, I was harassed by a male co-worker, J.R. Kelly. He commented to me and another female employee (Britney) that we had "nice asses." He tried to take me out to lunch every day we work together, and made frequent inappropriate and offensive sexual comments and innuendos. A couple of the male employees said J.R. wanted to have sex with me. During the first week of September, J.R., Mary, and I were talking about dogs and J.R. made some perverted comments. Mary commented that he was just digging a hole for himself, which led me to believe he had been sexually harassing female employees for some time. On September 8, 2015, when I was heading out to the mailbox to get the mail, J.R. told me I had a "nice ass" again, and asked, "can I watch you walk to the mailbox?" and "move harder when you walk." He told me that he was married, but he liked "to look at different things." On the same day when I was leaving, he said to me, "Did I say you could leave? Do you need a spanking? Have you ever had one and do you want one?"

I want this charge filed with both the EEOC and the State or local Agency, if any. I will Advise the agencies if I change my address or telephone number and I will cooperate Fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

10-22-15    Brittany Loveday
Date    Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (Test 10/94)

Page Two
Charge of Discrimination
Brittany Loveday

On September 9, 2015, J.R. whispered to me "Let me see" (implying he wanted to see my body). Around 10:30 a.m. I was recording a voicemail for co-worker Tim, and right in front of Tim, J.R. talked about my eyes. J.R. asked me to "sneak off to lunch with [him] and not tell anyone," and he told me to call my fiancé early and then go to lunch with him, and that I should stop reporting everything to my fiancé. He asked me if I wanted to go out on the boat with him on Monday.

J.R.'s harassment was constant and harassing from day one, and on September 9, 2015, I could not take it anymore and reported it to Bobby Luhm. Bobby was at a meeting in Orlando, Florida, so I emailed my complaint to him. After I emailed him, the service manager, Stewart Cassingham, spoke to me about it. He sent me home on a 3 day suspension with pay. Bobby told me that they would handle it, and give J.R. a final warning.

On September 15, 2015, some corporate management people came to our location to conduct an investigation, including Sharon Lee, V.P. and C.F.O. I was interviewed first, with Sharon, Bobby and others present. I was interrogated for close to an hour. I felt like I was under attack. After they finished interviewing J.R. and others, J.R. left and they called me back into the meeting room. They told me that I had "inconsistencies in my testimony" and since I was in my probationary period, they were terminating me. They said I was also being terminated for discussing pay, but that was just an excuse. The only time I had discussed my pay was when J.R. asked me, "what do you make, like $10.00 an hour?" and I had replied, "something like that."

Upon information and belief, I have been discriminated against and sexually harassed because of my gender, female, and have been forced to work in a sexually hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, in all terms, conditions and privileges of employment. When I complained about the sexual harassment, I was retaliated against and terminated. Upon information and belief, the person who sexually harassed me still works for the company.

*I declare under penalty of perjury that the foregoing is true and correct.*

10-22-15
Date

Brittany Loveday